**Budget**

Miller 12/2/04

DUPLICATE COPY

**257954583**

Budget Rent A Car System, Inc.

CX    1620 L STREET NW    WASHINGTON, DC, 20036, US    1813

RA DOCUMENT 652081150 F-133SIC 0104    RENTED: 18NOV04/1617    AT: L STREET,WASH,DC    PHONE: 202-466-4545    084713
CAR# 8 1 1 5 3 1 0    GRP A    DUE IN: 01DEC04/1630    AT: L STREET,WASH,DC    RATE CODE: CP/A

MI OUT: 3637                ********OPTIONAL SERVICES*******    *MIN 99 HRS
PLATE# VA JNJ1910    FUEL OUT: 8/8                            *MAX     DAY
CRM BUIC LSAB 4DR                LDW:    20.99/DAY  DECLINED
                                 PAE:     4.95/DAY  DECLINED    MILEAGE CHG:    UNLIMITED
                                 ESP:     4.00/DAY  DECLINED    HOURLY:         11.34
METHOD OF PAYMENT: VISA          SLI:    11.95/DAY  DECLINED    DAILY:          34.00
AUTH: 208296/237L*                                              ADD'L DY:       26.99
PHONE:202.285.1211               ()BY MY INITIALS I ACCEPT OR   WEEKLY:        134.99
DRIVERS LIC# USMDXXXXXXXXX5564   DECLINE OPTIONAL COVERAGES AS  MONTHLY:          .00
DATE OF BIRTH: 17JUL76           SHOWN ABOVE. X_____            DISCOUNT:       20.0%
BCD# X443008                                                    FUEL SERVICE:  .2569/MI
REMARKS: ACCIDENT/FATALITY 11/30  PREV CAR# 2231972  # OF EXCHGS 01            5.139/GAL
CLOSED BY:70035                  MI IN: 00361    MI DRIVEN: 00014   TAX: 10.000%
***RA    65208115 0              LAST EXCHANGE: DC4
                                 EXCHG DATE/TIME: 23NOV04/1308
                                 EXT TO:01DEC04/1630   ON:30NOV04/1407
                                 ORIG RNTL LOC: DC4


GUY,AGNANT
DECT MILLER-DC PD 202.698.7426
7007 DOLPHIN RD
LANHAM,MD, 20706, US


--------NOTICES---------NOTICES---------NOTICES---------NOTICES---------NOTICES---------NOTICES---------NOTICES

***WARNING-FAILURE TO RETURN THIS VEHICLE IN ACCORDANCE    ***NO ADDITIONAL OPERATORS ARE AUTHORIZED OR PERMITTED
WITH THE TERMS OF THIS RENTAL MAY RESULT IN CRIMINAL       WITHOUT BUDGET'S PRIOR WRITTEN APPROVAL IN ACCORDANCE
PENALTY OF UP TO 3 YEARS. I ACKNOWLEDGE THIS WARNING BY MY WITH THE TERMS AND CONDITIONS OF THE RENTAL AGREEMENT
SIGNATURE.                                                 OR APPLICABLE STATE LAW.
***RENTERS ARE NOT REQUIRED TO PURCHASE LOSS DAMAGE WAIVER ***IF I HAVE PRESENTED A CREDIT CARD FOR PAYMENT, ALL
(LDW). IT IS NOT MANDATORY. BEFORE PURCHASING LDW, RENTER  CHARGES, INCLUDING PARKING TICKET EXPENSES, MAY BE
SHOULD CHECK IF OWN INSURANCE COVERS DAMAGE TO AND LOSS OF BILLED TO THE CARD, AND MY SIGNATURE BELOW WILL BE
THE CAR, THE LIMIT OF COVERAGE AND DEDUCTIBLE. IF THE      CONSIDERED TO HAVE BEEN MADE ON THE APPLICABLE
RENTER DECLINES LDW, RENTER MAY BE LIABLE FOR UP TO THE    CARD VOUCHER.
RETAIL FAIR MARKET VALUE (LESS SALVAGE) OF THE CAR,        ***BY MY SIGNATURE, I ACKNOWLEDGE RECEIPT OF ALL NOTICES
REGARDLESS OF FAULT, UNLESS ORDINARY NEGLIGENCE IS EXCLUDED WHICH APPEAR ON THIS RENTAL DOCUMENT AND AGREE TO THE
BY LAW. REPAIRS ARE AT BUDGET'S COST. READ LDW TERMS ON THE TERMS AND CONDITIONS ON THE SEPARATE RENTAL DOCUMENT
RENTAL DOCUMENT JACKET TERMS AND CONDITIONS, INCLUDING     JACKET PROVIDED TO ME.
EXCLUSIONS FROM LDW.
***IF CAR IS RETURNED WITH LESS FUEL THAN WHEN RENTED      X_____    RES # 07040259-US-26
A SERVICE CHARGE APPLIES.                                                              PREPARED BY:52570
***MINIMUM CHARGE IS 1 DAY (24 HRS) PLUS MILEAGE.          3B92/0EC7/04337/13:33/F    RENTAL# 65208115 0
FUEL SERVICES ADD'L.

**05 2305**

**FILED**

NOV 29 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT