UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRICIA JOHNSON<br>As the Personal Representative of the Estate<br>of JOHN C. JOHNSON, JR., Deceased,<br><br>*Plaintiff,*<br><br>v.<br><br>GUY BORDES AGNANT, JR., *et al.*<br><br>*Defendants.* | Case No. 1:05CV02305 (CKK) |

## PRAECIPE

THE CLERK will please note that the address of the plaintiff, Patricia Johnson, is listed incorrectly in the caption of the complaint in this matter. Plaintiff's true and correct address is 3209 Walbridge Place NW, Washington D.C. 20010.

Respectfully Submitted,

_____
William R. Martin (DC Bar No. 465531)
Alan M. Freeman (DC Bar No. 454693)
Jarvis F. Tait (DC Bar No. 465468)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
*Attorneys for Plaintiff*

Dated: December 6, 2005

122599.00601/35703273v.1