AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PATRICIA JOHNSON
(As the Personal Representative of the Estate of JOHN C. JOHNSON, JR.)

               Plaintiff(s)     )    **APPEARANCE**

vs.                         )    CASE NUMBER   1:05CV02305
GUY BORDES AGNANT, JR., CENDANT CORPORATION,
CENDANT CAR RENTAL GROUP, INC, BUDGET RENT A CAR
SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.

              Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jarvis Tait__ as counsel in this
                                (Attorney's Name)

case for: __PATRICIA JOHNSON (As the Personal Representative of the Estate of JOHN C. JOHNSON, JR., )__
                                (Name of party or parties)

__12/6/05__
Date

__/s/ Jarvis Tait__
Signature

Jarvis Tait
Print Name

__465468__
BAR IDENTIFICATION

600 New Hampshire Avenue, NW
Address

Washington, D.C.   20037
City      State      Zip Code

202-772-5800
Phone Number