A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

PATRICIA JOHNSON  
(As the Personal Representative of the Estate of JOHN C. JOHNSON, JR.)

           Plaintiff(s)    )    **APPEARANCE**

           vs.    )    CASE NUMBER    1:05CV02305

GUY BORDES AGNANT, JR., CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC, BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC.

           Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   William R. Martin   as counsel in this  
                              (Attorney's Name)

case for:  PATRICIA JOHNSON (As the Personal Representative of the Estate of JOHN C. JOHNSON, JR.,)  
                    (Name of party or parties)

December 14, 2005  
Date

465531  
BAR IDENTIFICATION

*[Signature]*  
Signature

William R. Martin  
Print Name

600 New Hampshire Avenue, NW  
Address

Washington, D.C. 20037  
City    State    Zip Code

202-772-5939  
Phone Number