AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PATRICIA JOHNSON
(As the Personal Representative of the Estate
of JOHN C. JOHNSON, JR.)

**SUMMONS IN A CIVIL CASE**

V.

GUY BORDES AGNANT, JR., CENDANT
CORPORATION, CENDANT CAR RENTAL
GROUP, INC, BUDGET RENT A CAR SYSTEM,
INC., and AVIS RENT A CAR SYSTEM, INC.

CASE NUMBER  1:05CV02305

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/29/2005

TO: (Name and address of Defendant)

AVIS RENT A CAR SYSTEM, INC.
6 Sylvan Way
Parsippany, NJ 07054

Serve:
Corporation Service Company
1090 Vermont Avenue NW
Washington, D.C. 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

~~William T. Martin (DC Bar #~~
Alan M. Freeman (DC Bar #454693)

BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON        NOV 29 2005

CLERK                              DATE

_Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me(1) | DATE | December 1, 2005 at 3:30 pm |
| NAME OF SERVER *(PRINT)* Kirk A. Hornbeck | TITLE | private process server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): personal service on Renee Rice, Authorized Representative, Corporation Service Company, Registered Agent for Avis Rent A Car System, Inc, at 1090 Vermont Ave NW #430, Washington, DC 20005

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $50.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  12/2/2005
             Date                    *Signature of Server*

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.