AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

PATRICIA JOHNSON
(As the Personal Representative of the Estate
of JOHN C. JOHNSON, JR.)

**SUMMONS IN A CIVIL CASE**

V.

GUY BORDES AGNANT, JR., CENDANT
CORPORATION, CENDANT CAR RENTAL
GROUP, INC, BUDGET RENT A CAR SYSTEM,
INC., and AVIS RENT A CAR SYSTEM, INC.

CASE NUMBER  1:05CV02305

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Personal Injury/Malpractic

DATE STAMP: 11/29/2005

TO: (Name and address of Defendant)

CENDANT CORPORATION
9 West 57th Street
New York, NY. 10019

Serve:
Superintendent of Corporations
Department of Consumer and Regulatory Affairs
941 North Capitol Street NE
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alan M. Freeman (DC Bar #454693)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          NOV 29 2005
CLERK                                DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE December 5, 2005 at 10:55 am |
| NAME OF SERVER *(PRINT)* Lorenzo Kenerson | TITLE private process server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other   Personal service on Carrie Evans, Authorized Representative of the District of Columbia Corporations Division on behalf of the Honorable Anthony A. Williams, Mayor of the District of Columbia, pursuant to D.C. Code 29-101.12(b), Defendant having failed to appoint or maintain ***

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL $45.00 |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   12/6/2005
                    Date            Signature of Server

WASHINGTON PRE-TRIAL SERVICES, INC.
2000 Massachusetts Avenue NW 3rd Floor
Washington, DC 20036

*Address of Server*

*** a Registered Agent in the District, the Mayor thus being an agent of **CENDANT CORPORATION** at DC Corporations Division, 941 N. Capitol St. NE #7200, Washington, DC 20002 by delivering to and leaving with personally, copies of Summons and Complaint in duplicate and a fee of $15.00.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.