UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRICIA JOHNSON<br>  As the Personal Representative of the Estate<br>  of JOHN C. JOHNSON, JR., Deseased,<br><br>      Plaintiff,<br><br>v.<br><br>GUY BORDES AGNANT, JR., et al.<br><br>      Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:05CV02305<br>) Judge: Colleen Kollar-Kotelly<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCE

THE CLERK OF THE COURT will please note the appearance of Kimberly A. Chadwick of Doherty, Sheridan & Persian, L.L.P., 8408 Arlington Blvd., Suite 200, Fairfax, VA 22031, as counsel of record for Defendants CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC., in the above captioned matter.

Respectfully Submitted,

**s/ Kimberly A. Chadwick, Esquire**
District of Columbia Bar No.477717
DOHERTY, SHERIDAN & PERSIAN, L.L.P.
8408 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031-4663
(703) 698-7700 - phone
(703) 641-9645 - fax
kchadwick@dsp-law.com
*Counsel for Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc., and Avis Rent A Car System, Inc.*