UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRICIA JOHNSON )<br>  As the Personal Representative of the Estate )<br>  of JOHN C. JOHNSON, JR., Deceased, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br> )<br>GUY BORDES AGNANT, JR., et al. )<br> )<br>    Defendants. ) | ) Case No. 1:05CV02305<br>) Judge: Colleen Kollar-Kotelly |

**CERTIFICATE OF DISCLOSURE - CORPORATE**
**AFFILIATIONS/FINANCIAL INTERESTS**

COME NOW the Defendants, CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC., by counsel, and hereby file the Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc., and Avis Rent A Car System, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc., and Avis Rent A Car System, Inc. which have any outstanding securities in the hands of the public:

Cendant Corporation

These representations are made in order that Judges of this Court may determine the need for recusal.

Respectfully Submitted,

**s/ Kimberly A. Chadwick, Esquire**
District of Columbia Bar No.477717
DOHERTY, SHERIDAN & PERSIAN, L.L.P.
8408 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031-4663
(703) 698-7700 - phone
(703) 641-9645 - fax
kchadwick@dsp-law.com
*Counsel for Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc., and Avis Rent A Car System, Inc.*