UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA JOHNSON,<br>as the Personal Representative of<br>the Estate of John C. Johnson, Jr.<br><br>*Plaintiff,*<br><br>v.<br><br>GUY BORDES AGNANT, JR., *et al.*,<br><br>*Defendants.* | Case No. 1:05CV02305 (CKK) |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO CERTAIN DEFENDANTS' MOTION TO DISMISS**

Plaintiff Patricia Johnson, as the personal representative of the Estate of John C. Johnson, Jr., moves for an order extending until January 13, 2006 the deadline by which she must respond to the Motion to Dismiss filed by defendants Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc. and Avis Rent A Car System, Inc. (the "Corporate Defendants"). This extension is necessitated by scheduling conflicts resulting from the upcoming holidays.

Counsel for the Corporate Defendants has consented to the relief sought by this motion. The individual defendant, Mr. Agnant, has not yet entered an appearance in this case, and counsel does not have telephone contact information for him. Accordingly, Mr. Agnant has not been consulted in connection with this particular motion. However, as this motion relates solely to plaintiff's response to the

Corporate Defendants' motion to dismiss, Mr. Agnant would suffer no prejudice if the motion were to be granted.

        Respectfully Submitted,

        _____
William R. Martin (DC Bar No. 465531)
Alan M. Freeman (DC Bar No. 454693)
Jarvis F. Tait (DC Bar No. 465468)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858

*Attorneys for Plaintiff*

Dated: December 20, 2005