UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA JOHNSON, <br> as the Personal Representative of <br> the Estate of John C. Johnson, Jr. <br><br> *Plaintiff,* <br><br> v. <br><br> GUY BORDES AGNANT, JR., *et al.*, <br><br> *Defendants.* | Case No. 1:05CV02305 (CKK) |

NOTICE

Plaintiff Patricia Johnson, as the personal representative of the Estate of John C. Johnson, Jr., hereby clarifies a point raised by her Memorandum in Opposition to Certain Defendants' Motion to Dismiss. In that filing, plaintiff argued that there was virtually no legislative history or discussion pertaining to 49 U.S.C. § 30106, a statute enacted on August 10, 2005.

While there was virtually no discussion of Section 30106, an amendment, in the legislative history of the statute's final form, plaintiff has subsequently learned that there was moderate discussion of the amendment when it initially was introduced in the House of Representatives. *See* 109 Cong. Rec. H1199-1202 (daily ed. March 9, 2005) (attached hereto as Exhibit A). While plaintiff believes that the moderate amount of discussion contained in the Congressional Record does not detract from the arguments raised in her Memorandum in Opposition to Certain Defendants'

Motion to Dismiss, she brings these newly identified facts to the Court's attention pursuant to counsel's duty of candor.

Respectfully Submitted,

*/s/ Alan M. Freeman*

William R. Martin (DC Bar No. 465531)
Alan M. Freeman (DC Bar No. 454693)
Jarvis F. Tait (DC Bar No. 465468)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858

*Attorneys for Plaintiff*

Dated: January 20, 2006