IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA JOHNSON,         )<br>                          )<br>    Plaintiffs           )<br>                          )    Civil Action 05-2305<br>v.                        )    (Judge C. Kollar-Kotelly)<br>                          )<br>GUY BORDES AGNANT, JR., *et al.*  )<br>                          )<br>    Defendants.           )<br>                          ) | |

## INITIAL SCHEDULING ORDER

UPON CONSIDERATION of the Joint Statement of Counsel Pursuant to Local Civil Rule 16.3, and the record herein, it this _____ day of February, 2006 hereby:

ORDERED that the parties shall be allowed a discovery period of nine months from the date the Court rules on the Budget Defendants' pending Motion to Dismiss; and it is further;

ORDERED that any motion to join additional parties or to amend a pleading be filed within thirty days from the date the Court rules on the Budget Defendants' pending Motion to Dismiss; and it is further,

ORDERED, that the case shall be referred to Magistrate Judge _____ for purposes of discovery; and it is further,

ORDERED, that the case shall be referred to Magistrate Judge _____ for purposes of convening a mediation conference following the commencement of discovery; and it is further,

ORDERED that any dispositive motions shall be filed not later than 60 days after the close of discovery, any opposition thereto shall be filed not later than 30 days following the filing of the dispositive motion; and any reply shall be filed not later than 10 days following the filing of the opposition; and it is further,

ORDERED that the requirements of Rule 26(a)(1) shall be waived in this case; and it is further,

ORDERED that the requirements of Rule 26(a)(2) shall be modified in the following respects: (1) that the disclosures called for by Rule 26(a)(2)(A) be provided at least 120 days before the close of discovery; (2) that the disclosure of rebuttal experts be provided at least 60 days before the close of discovery; and (3) that depositions of experts be completed not later than the close of discovery.

Date: February ___, 2006          _____
                                  United States District Judge