IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA JOHNSON,           )<br>                             )<br>          Plaintiff,         )<br>                             )     Civil Action 05-2305<br>v.                           )     (Judge C. Kollar-Kotelly)<br>                             )<br>GUY BORDES AGNANT, JR., *et al.* )<br>                             )<br>          Defendants.        )<br>_____) | |

PLAINTIFF'S STATEMENT OF THE CASE

Pursuant to the Court's Order for Initial Scheduling Conference, plaintiff Patricia Johnson, as Personal Representative of the Estate of John C. Johnson, Jr., submits this brief statement of the case and the statutory basis for all causes of action and defenses.

I. Brief Statement of the Case

This lawsuit arises out of a horrific motor vehicle collision that occurred in the District of Columbia on November 30, 2004, and that took the life of John C. Johnson, Jr. At the time of the collision, and as explained more fully in the Complaint, defendant Guy Bordes Agnant, Jr. ("Agnant") was driving a Buick LeSabre automobile (the "Buick") that he had rented from defendant Budget Rent A Car Systems, Inc. ("Budget"). At the time of the collision, the Buick was owned by one or all of defendants Budget, Cendant Corporation, Cendant Car Rental Group, Inc. and Avis Rent A Car Systems, Inc. (collectively, the "Budget Defendants").

122599.00601/35709024v.1

At approximately 12:55 AM on November 30, 2004, the Buick, while driven by defendant Agnant on Park Place Northwest, entered the intersection of Park Place and Irving Street Northwest at a high rate of speed and against a red traffic signal. The Buick then struck a Mercury Grand Marquis automobile, driven by Mr. Johnson, which had entered the same intersection traveling eastbound on Irving Street against a green traffic signal. Mr. Johnson suffered fatal injuries as a result of the collision.

On October 18, 2005, defendant Agnant entered a plea of guilty to one count of Involuntary Manslaughter for his actions in causing the collision took Mr. Johnson's life. He was sentenced to a term of 100 months of imprisonment.

II. Statutory Basis for Causes of Action and Defenses

Plaintiff, as personal representative of Mr. Johnson's Estate, filed this wrongful death and survival action against defendant Agnant as operator of the Buick at the time of the collision, and against the Budget Defendants as owners of the Buick at the time of the collision. The underlying causes of action against defendants are premised on the District of Columbia Wrongful Death Act, D.C. Code §§ 16-2701 *et seq.*, and the District of Columbia Survival Act, D.C. Code §§ 12-101 *et seq.*

Plaintiff has asserted that defendant Agnant is directly liable to Mr. Johnson's Estate. Plaintiff has asserted that the Budget Defendant's are vicariously liable to Mr. Johnson's Estate because defendant Agnant was their agent at the time of the collision. Plaintiff's vicarious liability claim is based upon D.C. Code § 1301.08, which provides that, for purposes of a motor vehicle accident, the operator of a

vehicle is presumed to be the agent of the vehicle's owner so long as the operator had the owner's consent to be operating the vehicle. Here, the evidence is that the Buick was owned by one or all of the Budget Defendants at the time of the collision, and that defendant Agnant had their consent to be operating the Buick at the time of the collision.

The Budget Defendants have asserted a statutory defense to liability based on 49 U.S.C. § 30106(c), which was signed into law *after* the collision at issue, but *before* plaintiff filed this lawsuit. The Budget Defendants contend this statute supersedes or repeals contrary provisions of D.C. Code § 1301.08, *infra*, and thereby retroactively eliminates the statutory basis for plaintiff's vicarious liability claims against them. Plaintiff disagrees with this analysis, and the issue has been briefed to the Court.

Respectfully submitted,

William R. Martin (Bar #465531)
Alan M. Freeman (Bar #454693)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Plaintiff*

Dated: January 24, 2006