IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PATRICIA JOHNSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GUY BORDES AGNANT, JR., *et al.* )<br>)<br>Defendants. )<br>) | Civil Action 05-2305<br>(Judge C. Kollar-Kotelly) |

## JOINT STATEMENT OF COUNSEL
## PURSUANT TO LOCAL CIVIL RULE 16.3

Pursuant to the Court's Order for Initial Scheduling Conference and the rules of this Court, undersigned counsel submit the following Joint Statement and proposed scheduling order attached hereto as Exhibit A.

1. Status of Dispositive Motions. The Budget Defendants have filed a Motion to Dismiss that is pending. No other dispositive motions are expected prior to the close of discovery. While the parties disagree as to the likelihood that this case will be resolved by dispositive motion, they recommend that the commencement of discovery be continued until the Court has ruled on the Budget Defendants' Motion.

2. Amended Pleadings: The parties propose that the deadline to join parties or amend pleadings be set thirty days following determination of the Budget Defendants' pending Motion to Dismiss. During that period, the parties will continue to explore whether some or all the factual and legal issues can be agreed upon and narrowed.

3. Assignment to Magistrate Judge: The parties agree that assignment to a

Magistrate Judge for discovery and/or mediation would be appropriate. There is disagreement as to whether the case should be referred to a Magistrate Judge for trial.

4. Settlement Possibility: There is no reasonable prospect for settlement at this time, but the parties agree that prospects for settlement may change upon the commencement of discovery.

5. ADR Procedures: Although the parties do not oppose mediation or some other form of ADR, they believe it is premature to send the case to any form of ADR until they have had an opportunity to conduct some discovery.

6. Dispositive Motions: The parties agree that any dispositive motion should be filed within 60 days of the close of discovery, that any opposition to that motion should be filed within 30 days of the filing of the motion, and that any reply should be filed within 10 days of the filing of the opposition.

7. Initial Disclosures: The parties agree to dispense with the initial disclosures required by Rule 26(a)(1).

8. Discovery. The parties request that the close of discovery be set for nine months following the Court's ruling on the Budget Defendants' pending Motion to Dismiss. This period of time is necessitated by the facts that (1) defendant Agnant is incarcerated outside the Washington, D.C. metropolitan area, and (2) discovery on damages is expected to involve multiple medical experts. It is not anticipated that a protective order will be required.

9. Experts: The parties recommend that the requirements of Rule 26(a)(2) be

modified in the following respects: (1) that the disclosures called for by Rule 26(a)(2)(A) be provided at least 120 days before the close of discovery; (2) that the disclosure of rebuttal experts be provided at least 60 days before the close of discovery; and (3) that all experts be deposed not later than the close of discovery.

10. <u>Class Action Procedures</u>: Not applicable.

11. <u>Bifurcation of Discovery or Trial</u>: The parties do not see a need for bifurcation.

12. <u>Pretrial Conference</u>: The parties recommend that a pretrial conference should not be scheduled until after the Court has decided all dispositive motions.

13. <u>Trial Date</u>: The parties recommend that a trial date be set at the pretrial conference.

14. <u>Other Matters</u>. The parties separately will file their brief statements of the case, and the statutory basis for all causes of action and defenses, as provided by the Order for Initial Scheduling Conference.

Respectfully submitted,

_____/s/_____
William R. Martin (Bar #465531)
Alan M. Freeman (Bar #454693)
BLANK ROME LLP
600 New Hampshire Avenue, NW
Washington, D.C. 20037
Tel: (202) 772-5800
Fax: (202) 772-5858
Email: martin-w@blankrome.com
Email: freeman@blankrome.com

*Counsel for Plaintiff*

_____/s/_____
Ronald S. Landsman (Bar #426091)
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland 21202
Tel: (410) 752-4220
Fax: (410) 752-4046
Email: ron@landsmanlaw.com

*Counsel for Defendant Guy Agnant, Jr.*

_____/s/_____
Kimberly A. Chadwick (Bar #477717)
DOHERTY, SHERIDAN & PERSIAN, LLP
8408 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031-4663
Tel: (703) 698-7700
Fax: (703) 641-9645
Email: kchadwick@dsp-law.com

*Counsel for Defendants Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc. and Avis Rent A Car System, Inc.*

January 24, 2006