UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PATRICIA JOHNSON )<br>  As the Personal Representative of the Estate )<br>  of JOHN C. JOHNSON, JR., Deceased, )<br>   )<br>       Plaintiff, )<br>   )<br> v. )<br>   )<br>   )<br>   )<br> GUY BORDES AGNANT, JR., et al. )<br>   )<br>       Defendants. ) | Case No. 1:05CV02305<br>Judge: Colleen Kollar-Kotelly |

**DEFENDANT BUDGET'S STATEMENT OF THE CASE**

COME NOW the Defendants, CENDANT CORPORATION, CENDANT CAR RENTAL GROUP, INC., BUDGET RENT A CAR SYSTEM, INC., and AVIS RENT A CAR SYSTEM, INC. (hereinafter collectively referred to as "Budget"), by counsel, and in accordance with the Court's Order for Initial Scheduling Conference, hereby files this brief statement of the case and the statutory basis for its defenses.

I.    BRIEF STATEMENT OF THE CASE

Plaintiff Patricia Johnson has filed this negligence and wrongful death action on behalf of the estate of her son, John C. Johnson, Jr., who died as a result of injuries sustained in a motor vehicle accident occurring on or about November 30, 2004. In addition to the driver of the other vehicle, Guy Agnant, Plaintiff has also sued a collection of corporate defendants on the basis that they owned the rental vehicle being operated by Mr. Agnant.

II.    STATUTORY BASIS FOR DEFENSES

The Budget Defendants have filed a Rule 12(b)(6) Motion to Dismiss, which remains pending before this Court, on the basis that 49 U.S.C.S. §30106 abolishes vicarious liability for vehicles owners engaged in the business of renting or leasing motor vehicles. Under the terms of this federal statute, the Budget defendants cannot be held liable for Mr. Agnant's negligent operation of this vehicle since these defendants are engaged in the business of renting and leasing vehicles and this lawsuit was commenced after August 10, 2005, the effective date of this legislation. See Infante v. U-Haul Co. of Florida, 11 Misc. 3d 529, 2006 N.Y. Misc. LEXIS 113 (2006) (attached hereto as Exhibit A). Therefore, Plaintiff's claims against the Budget Defendants are barred as D.C. Code §50-1301.08 has been repealed by the enactment of 49 U.S.C.S. §30106.

Respectfully Submitted,

**s/ Kimberly A. Chadwick, Esquire**
District of Columbia Bar No.477717
DOHERTY, SHERIDAN & PERSIAN, L.L.P.
8408 Arlington Boulevard, Suite 200
Fairfax, Virginia 22031-4663
(703) 698-7700 - phone
(703) 641-9645 - fax
kchadwick@dsp-law.com
*Counsel for Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc., and Avis Rent A Car System, Inc.*