**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| PATRICIA JOHNSON <br> (As the Personal Representative of the <br> Estate of JOHN C. JOHNSON, JR.) <br><br> Plaintiff <br><br> vs. <br><br> GUY BORDES AGNANT, JR., et al. <br><br> Defendants | * <br> * <br> * <br> * <br> *   Case No.:   1:05CV02305 <br> *   Judge: Colleen Kollar-Kotelly <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT OF THE CASE**
**OF**
**DEFENDANT, GUY BORDES AGNANT, JR.**

Defendant, Guy Bordes Agnant, Jr. (hereinafter referred to as "Agnant"), by his attorney, Ronald S. Landsman, and in accordance with the Court's Order for Initial Scheduling Conference, hereby files this Statement of the Case and the statutory basis for its defense:

**I.   STATEMENT OF THE CASE:**

Plaintiff, Patricia Johnson, has filed this negligence and wrongful death action on behalf of the Estate of John C. Johnson, Jr., her son, who died as a result of injuries sustained in a motor vehicle accident occurring on or about November 30, 2004 when the vehicle he was operating was struck by Defendant Agnant who was driving a rented vehicle. In addition to Agnant, Plaintiff has also sued Cendant Corporation, Cendant Car Rental Group, Inc., Budget Rent A Car System, Inc. and Avis Rent A Car System, Inc. on the basis that they owned the rental vehicle.

**II.     STATUTORY BASIS FOR DEFENSES:**

While Defendant Agnant has generally denied liability in this matter, he did plead guilty to involuntary manslaughter as a result of the accident. He was subsequently sentenced to eight (8) years in prison.

Defendant Agnant will contest Plaintiff's damages. However, the basis for the defense(s) on damages will depend upon discovery.

Respectfully submitted,

_/s/_
**RONALD S. LANDSMAN** Bar No.:426091
The Sophmar Building
Six East Mulberry Street
Baltimore, Maryland 21202
410-752-4220
ron@landsmanlaw.com
Attorney for Defendant, Guy Bordes Agnant, Jr.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY,** that on this 24th day of April, 2006, a copy of the foregoing Statement of the Case was mailed, postage prepaid, to: William R. Martin, Esquire, Alan M. Freeman, Esquire, Jarvis Tait, Esquire, Blank Rome LLP, 600 New Hampshire Avenue, NW, Washington, D.C. 20037, Attorneys for Plaintiff; Kimberly A. Chadwick, Esquire, Doherty, Sheridan & Persian, LLP, 8408 Arlington Boulevard, Suite 200, Fairfax, Virginia 22031-4663, Attorneys for Cendant Corporation, Cendant Car Rental Group, Inc. Budget Rent A Car System, Inc. and Avis Rent A Car System, Inc., Defendants.

_/s/_
**RONALD S. LANDSMAN** Bar No.:426091