UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PATRICIA JOHNSON,
    As the Personal Representative of the
    Estate of JOHN C. JOHNSON, JR.,

  Plaintiff,

    v.

GUY BORDES AGNANT, JR., *et al.*,

  Defendants.

Civil Action No. 05–2305 (CKK)

**ORDER**
(April 25, 2006)

For the reasons set forth in an accompanying Memorandum Opinion, it is, this 25th day of April, 2006, hereby

ORDERED that the Budget Defendants' [13] Rule 12(b)(6) Motion to Dismiss is GRANTED; it is also

ORDERED that the Budget Defendants are not required to appear at the initial scheduling conference scheduled for April 27, 2006, at 9:00 a.m. in Courtroom 28A.

                                                /s/
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge