UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| PATRICIA JOHNSON <br> (As the Personal Representative of the <br> Estate of JOHN C. JOHNSON, JR.) | * <br> * |
| Plaintiff | * |
| vs. | *     Case No.:    1:05CV02305 |
| GUY BORDES AGNANT, JR., et al. | *     Judge: Colleen Kollar-Kotelly |
| Defendants | * |

* * * * * * * * * * * * *

### STIPULATION OF DISMISSAL

Clerk:

Please dismiss the above captioned case, with prejudice, upon payment of open Court costs by the Defendant.

_____          _____
**ALAN M. FREEMAN, ESQUIRE**          **RONALD S. LANDSMAN, ESQUIRE**
Blank Rome LLP                                            The Sophmar Building
600 New Hampshire Avenue, N.W.         Six East Mulberry Street
Washington, D.C. 20037                            Baltimore, Maryland 21202
Attorneys for Plaintiff                                 Attorney for Defendant,
(301) 698-8182                                             Guy Bordes Agnant, Jr.
                                                                        (410) 752-4220

LAW OFFICES
RONALD S. LANDSMAN
THE SOPHMAR BUILDING
SIX EAST MULBERRY STREET
BALTIMORE, MD. 21202

410-752-4220